

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2015

No. 04-15-00483-CV

**IN THE INTEREST OF S.G.I.,** a child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00452
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's first motion for extension of time to file her brief is GRANTED. Appellant's brief is due on September 29, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court